■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DAVID TRUMPET, Defendant. [952 NYS2d 899]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered March 4, 2009.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Balkin, Lott and Roman, JJ., concur.